# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2025

## NO. 03-23-00455-CV

**Quinn Hamilton Harwood, Appellant**

**v.**

**Kimberley Anne Harwood, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
AFFIRMED IN PART, REVERSED AND REMANDED IN PART—
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the final divorce decree signed by the trial court on May 29, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's decree. Therefore, the Court affirms the trial court's determination that appellee is eligible for spousal maintenance but reverses the spousal-maintenance amount awarded in the trial court's final divorce decree and remands this case for a new trial on that issue. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.